IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TYRONE HENRY MCMILLER, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. CIV-14-647-W |
| CORRECTIONS CORPORATION OF AMERICA et al., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

On July 2, 2015, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this matter and recommended that the Court deny the requests for temporary and preliminary injunctive relief filed by the plaintiff, Tyrone Henry McMiller. McMiller was advised of his right to object, see Doc. 73 at 8, but no objections have been filed within the allotted time.

Upon review of the record, the Court concurs with Magistrate Judge Goodwin's suggested disposition of McMiller's motions. Because McMiller has not shown that he is entitled to the "'extraordinary and drastic remed[ies],'" Munaf v. Geren, 553 U.S. 674, 689 (2008)(quotation omitted), of a temporary restraining order and preliminary injunction, the Court

(1) ADOPTS the Report and Recommendation [Doc. 73] filed on July 2, 2015; and

(2) DENIES the following:

(a) McMiller's Order to Show Cause and Temporary Restraining Order and Preliminary Injunction file-stamped October 3, 2014, see Docs. 22, 23, 24; and

(b) McMiller's Motion for a Temporary Restraining Order and Preliminary Injunction file-stamped November 24, 2014, see Docs. 37, 38.

ENTERED this 10th day of August, 2015.

LEE R. WEST
UNITED STATES DISTRICT JUDGE